NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KATRINA ANN DAYE,                    )
                                     )
                 Appellant,          )
                                     )
v.                                   )        Case No. 2D17-5056
                                     )
CHRIS NOCCO, SHERIFF OF              )
PASCO COUNTY,                        )
                                     )
                 Appellee.           )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Pasco
County; Declan P. Mansfield, Judge.

Bob Dillinger, Public Defender, and George
Pavlidakey, Assistant Public Defender, New
Port Richey, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.